| | |
|---|---|
| 1 | RIVERA HEWITT PAUL LLP |
| | JONATHAN B. PAUL, SBN 215884 |
| 2 | WENDY MOTOOKA, SBN 233589 |
| | 11341 Gold Express Drive, Suite 160 |
| 3 | Gold River, California 95670 |
| | Telephone: 916-922-1200 Fax: 916 922-1303 |
| 4 | Email: JPaul@rhplawyers.com |
| |       wmotooka@rhplawyers.com |
| 5 | |
| 6 | Attorneys for Defendants COUNTY OF SACRAMENTO, BEN LAMERA, ROBIN RASMUSSEN, LAURA JACOBSON, JESSICA BRANDT, LEIGHANN MOFFITT and DIANA RUIZ |

Christopher Lull (Pro Per)
8633 Antelope North Rd
Antelope Ca 95843
916-826-4815

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER LULL, | Case No.: 2:20-CV-00165 JAM EFB |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT** AND ORDER THEREON |
| COUNTY OF SACRAMENTO, BEN LAMERA, ROBIN RASMUSSEN, LAURA JACOBSON, JESSICA BRANDT, LEIGHANN MOFFITT and DIANA RUIZ; DOES 1 to 100, | |
| Defendants. | |

WHEREAS plaintiff CHRISTOPHER LULL filed a complaint in this action on January 22, 2020, which complaint was received by the Clerk of the Board of Supervisors of defendant COUNTY OF SACRAMENTO on January 22, 2020;

WHEREAS plaintiff did not serve the complaint on any of the named individual

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

STIPULATION TO EOT FOR COUNTY &
RASMUSSEN TO RESPOND TO FAC
Case No. 2:20-CV- 00165 JAM EFB PS

1

defendants;

WHEREAS the County timely moved to dismiss the complaint on February 12, 2020;

WHEREAS plaintiff filed a First Amended Complaint on February 14, 2020, and served it that same day on the County and individually named defendant Robin Rasmussen;

WHEREAS the County's response to the First Amended Complaint is due on February 28, 2020 pursuant to Federal Rule of Civil Procedure 15(a)(3), and defendant Rasmussen's response is due on March 6, 2020 pursuant to Federal Rule Civil Procedure 12;

WHEREAS plaintiff has requested that defense counsel accept service of the summons and complaint for the unserved individual defendants, and defense counsel has authority to accept service for the following five individuals: Ben Lamera, Laura Jacobson, Jessica Brandt, Leighann Moffitt, and Diana Ruiz;

WHEREAS plaintiff and counsel for defendants have met and conferred and agreed that efficiency would be best served by the County and its employees Rasmussen, Lamera, Jacobson, Brandt, Moffitt, and Ruiz's being able to respond to the First Amended Complaint at the same time;

THEREFORE, plaintiff and counsel for defendants hereby stipulate as follows:

1. Counsel for defendants shall accept service for Lamera, Jacobson, Brandt, Moffitt, and Ruiz;

2. The date of service shall be deemed to be the date of the filing of this stipulation;

3. Upon the filing of this stipulation, defendants Lamera, Jacobson, Brandt, Moffitt, and Ruiz shall have 21 days in which to respond to the First Amended Complaint in any manner authorized by the Federal Rules of Civil Procedure;

4. Pursuant to Local Rule 144(a), the County and defendant Rasmussen shall have an extension of time to 21 days after the filing of this stipulation in which to respond to the First Amended Complaint in any manner authorized by the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

//

//

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

STIPULATION TO EOT FOR COUNTY &
RASMUSSEN TO RESPOND TO FAC
Case No. 2:20-CV- 00165 JAM EFB PS

2

| | | |
|---|---|---|
| DATE: February 24, 2020 | | RIVERA HEWITT PAUL LLP |

 /s/ Wendy Motooka
WENDY MOTOOKA
Attorneys for Defendants COUNTY OF SACRAMENTO, BEN LAMERA, ROBIN RASMUSSEN, LAURA JACOBSON, JESSICA BRANDT, LEIGHANN MOFFITT and DIANA RUIZ

DATE: February 24, 2020         /s/ Christopher Lull   (as authorized on 2-21-2020)
CHRISTOPHER LULL
Plaintiff in Pro Per

<span style="color:red">The stipulation is adopted and so ordered.  Further, defendant County of Sacramento's motion to dismiss, ECF No. 5, is denied as moot.</span>

DATED: February 24, 2020.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

STIPULATION TO EOT FOR COUNTY & RASMUSSEN TO RESPOND TO FAC
Case No. 2:20-CV- 00165 JAM EFB PS

3