UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LULL,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO et al.,<br><br>    Defendants. | No.  2:20-cv-00165-KJM-CKD PS<br><br><br>ORDER TO SHOW CAUSE |

Presently before the court is defendants' motion to dismiss.  (ECF No. 12.)  Plaintiff has filed an opposition, and defendants have filed a reply.  (ECF Nos. 14, 15.)  Defendants make multiple arguments as to why dismissal is proper but, in the alternative, request that this matter be stayed until a summary judgment motion in the related case is resolved.  (See ECF No. 12.)

District courts have the inherent power to stay a lawsuit.  Landis v. N. Am. Co., 299 U.S. 248, 254-55 (1936).  If an independent and related case is pending, in certain circumstances federal courts may stay the instant suit while the independent proceeding moves forward.  Dependable Highway Exp., Inc. v. Navigators Ins. Co., 498 F.3d 1059, 1066 (9th Cir. 2007); Leyva v. Certified Grocers of California, Ltd., 593 F.2d 857, 863 (9th Cir. 1979).

To determine whether a Landis stay is appropriate, courts weigh the following competing interests: (1) whether there is a fair possibility that a stay will cause damage; (2) whether a party may suffer hardship or inequity if a stay is not imposed; and (3) whether a stay will contribute to

1  the orderly course of justice.  CMAX, Inc. v. Hall, 300 F.2d 265, 268 (9th Cir. 1962).

2  Additionally, a Landis stay (4) cannot be imposed only for judicial economy and (5) cannot be

3  indefinite and result in undue delay.  Dependable Highway Exp., Inc., 498 F.3d at 1066-67.  A

4  stay may be the most efficient and fairest course when there are "independent proceedings which

5  bear upon the case."  Leyva v. Certified Grocers of Cal., Ltd., 593 F.2d 857, 863 (9th Cir.1979).

6      The case related to the present action has a pending motion for summary judgment.

7  Autotek Inc. and Christopher Lull v. County of Sacramento, et. al., Case No. 2:16-cv-01093 KJM

8  CKD, ECF No. 70.  Defendants, in an alternative argument to their motion to dismiss, request that

9  this matter be stayed pending the resolution of the related case summary judgment motion so as to

10 avoid duplication of judicial effort and the potential risk of inconsistent judgments.  (ECF No. 12

11 at 23.)  Plaintiff, although mentioning the related case in his opposition, has not responded to this

12 portion of defendants' motion.  (See ECF No. 14.)

13     Accordingly, it is HEREBY ORDERED that, within fourteen (14) days plaintiff is ordered

14 to show cause why this matter should not be stayed until the summary judgment motion in the

15 related case is resolved. The matter shall thereafter stand submitted.

16 Dated:  May 1, 2020

17     _____
    CAROLYN K. DELANEY

18     UNITED STATES MAGISTRATE JUDGE

21 16.165.stay osc

2