1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER LULL,                        No.  2:20-cv-00165-KJM-CKD PS

12                 Plaintiff,

13        v.                                   ORDER

14   COUNTY OF SACRAMENTO et al.,

15                 Defendants.

16

17        In light of the judgment in the related case, <u>Autotek Inc. and Christopher Lull v. County of</u>

18   <u>Sacramento, et. al.</u>, No. 2:16-cv-01093 KJM CKD, ECF No. 91 granting the defendants' motions

19   for summary judgment, the stay issued in this matter (ECF No. 20) is hereby LIFTED.

20        Within twenty-one (21) days from the date of this order the parties are instructed to file

21   with the court *brief* status reports regarding the judgment in the related case, its effect on the

22   motion to dismiss pending in this case (ECF No. 12), and any additional issue that would help

23   move this matter forward in a judicious manner.

24   Dated:  July 23, 2020

25                                          _____
                                            CAROLYN K. DELANEY
26                                          UNITED STATES MAGISTRATE JUDGE

27

28   16.165.lift

                                              1