UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Christopher Lull,<br><br>            Plaintiffs,<br><br>     v.<br><br>County of Sacramento, et al.,<br><br>            Defendants. | No. 2:20-cv-00165 KJM CKD PS<br><br>ORDER |

The court stayed this case, *Lull v. County of Sacramento*, No. 20-cv-00165 (E.D. Cal. filed Jan. 22, 2020) ("*Lull II*"), pending resolution of plaintiff's appeal in *Lull v. County of Sacramento*, No. 16-cv-01093 (E.D. Cal. filed May 20, 2016; closed July 20, 2020) ("*Lull I*"). *See* Order, ECF No. 41.  On July 13, 2022, the court ordered the parties to file dispositional documents after being advised that the appeal in *Lull I* was complete and resolved all claims and issues.  Min. Order, ECF No. 43.  The parties separately represent that plaintiff is unwilling to dismiss the case.  Notice, ECF No. 44; Response at 1, ECF No. 45.  Plaintiff's sparse filing does not provide sufficient detail for the court to determine what remains to be decided in this case.

IT IS THEREFORE ORDERED that plaintiff show cause in sufficient detail within fourteen days of the date of this order to allow the court to understand why he believes this case should not be dismissed.  Fed. R. Civ. P. 41(b).

DATED:  August 14, 2022.

CHIEF UNITED STATES DISTRICT JUDGE